TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00258-CV







Jacqueline Stiles, Appellant



v.



State of Texas and Texas Department of Insurance, Appellees







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT


NO. 93-9800-D, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING








PER CURIAM



 Appellant Jacqueline Stiles has filed a motion to dismiss this appeal. The motion
is granted. Tex. R. App. P. 59(a)(1)(B). The motion to release the record remains pending. See
Tex. R. App. P. 18(d); 86(a).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Aboussie and Jones

Dismissed on Appellant's Motion

Filed: June 7, 1995

Do Not Publish